IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01983-MSK-MJW

DIANE M. CALLAHAM,

Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant's Unopposed Motion to Amend Caption (Docket No. 14) is GRANTED; and

- The Clerk of Court is DIRECTED to amend Defendant's name in the CM/ECF caption of this case to read "HSS Inc." instead of "Hospital Shared Service, Inc."

Date: October 20, 2015